UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHAN PRIDDIS,<br><br>                     Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>                     Defendant. | CASE NO. 3:25-cv-05056-DGE<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE |

      The complaint in this matter was filed on January 22, 2025. (Dkt. No. 1.) Summons was issued as to Defendant Department of the Navy, United States of America, on February 3, 2025. (*See* Dkt. No. 3.) Because Plaintiff failed to serve the complaint pursuant to Federal Rule of Civil Procedure 4(m), on May 12, 2025, this Court issued an order to show cause why this matter should not be dismissed for failure to prosecute, with a response deadline of May 26, 2025. (Dkt. No. 6.)

      Plaintiff responded to the Court's order on May 20 and stated Defendant received the summons but not the complaint due to "Plaintiff procedure error." (Dkt. No. 8 at 1.) Plaintiff

ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE - 1

conceded he did not include a copy of the complaint in his service documents. (*Id.* at 2.) He elaborated that delivery to the Office of the Attorney General failed because "the addressee's place of business was reportedly closed during business hours," and "Plaintiff received a return service card with an illegible signature and no indication of what Agency division received the Summons." (*Id.*) Delivery to the Office of the Secretary of Defense apparently failed because an "unknown individual picked up the Summons from a Postal facility," but "[n]o signed return service acknowledging receipt was sent." (*Id.*) In sum, "Plaintiff cannot offer further information to the Court on the fate of Summons" to either agency. (*Id.*) The rest of Plaintiff's response includes various substantive facts and allegations related to his claim.

Plaintiff followed up with an "amended response" to the order to show cause on June 4, 2025. (Dkt. No. 9.) He stated he attempted service by mail again, but on the morning of June 4, he received notice the United States Postal Service was unable to deliver the summons because the Department of Justice was closed. (*Id.* at 10.) He reiterated he is "attempting a good faith effort to serve Summons and prosecute his case" and requested the Court consider his efforts in resolving the order to show cause. (*Id.*) Like the initial response, this filing also includes various substantive facts and allegations unrelated to the issue of whether Defendant was properly served.

Plaintiff filed an additional document on June 22 requesting the Court admit "Exhibit 1 . . . as after-discovered evidence related to the May 26th, 2025 Show Cause Order." (Dkt. No. 10 at 2.) On July 16, Plaintiff submitted a copy of the summons issued to the Office of the Attorney General at the United States Department of Justice. (Dkt. No. 11 at 1.) This document appears to be a duplicate of the summons Plaintiff filed on February 3. (*Compare id. and* Dkt. No. 3.) Plaintiff states he served the Office of the Attorney General on February 14, 2025, and

attempted service again on June 6 but has received no response from Defendant. (Dkt. No. 11 at 2.) Plaintiff "anticipates requesting a default order if Defendant does not respond" by September 30. This filing also does not provide evidence the summons and complaint were properly served.

Plaintiff has not demonstrated proper service of his complaint and summons on Defendant in accordance with Federal Rules of Civil Procedure 4(c)(1) and 4(i). Plaintiff's "Affidavit of Mailing of Summons and Complaint" (*see* Dkt. No. 11) does not show he effectuated service of the complaint on Defendant. It states only that he "served summons on the Office of Attorney General on February 14th 2025 by USPS mail" and that "[a] second summons was served on June 6th 2025, after no response from Defendant." (*Id.* at 2.) Proper service of a defendant includes the complaint, and the plaintiff is responsible for having both the summons and complaint served. Fed. R. Civ. P. 4(c)(1). Here, Plaintiff has not shown proper service on the Attorney General for the United States, or any of its agents, in Washington, D.C. via registered or certified mail as required by Rule 4(i)(1)(b) or proper service of the summons and complaint on the United States Attorney's Office in the Western District of Washington via registered or certified mail as required by Rule 4(i)(A)(ii).

Plaintiff is hereby ORDERED to show cause by **September 9, 2025**, why this matter should not be dismissed without prejudice for failure to prosecute. In the alternative, Plaintiff is hereby ORDERED to file a submission with the Court clearly establishing his proper service of the summons and a copy of the complaint on Defendant. Absent a timely response to this order, this case shall be dismissed without prejudice.

The Clerk of Court is directed to calendar this event.

Dated this 26th day of August 2025.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE - 4