UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHAN PRIDDIS,<br><br>                    Plaintiff,<br>     v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>                    Defendant. | CASE NO. 3:25-cv-05056-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On September 3, 2025, Plaintiff—who is proceeding pro se—filed a motion to dismiss this litigation without prejudice. (Dkt. No. 13.) The Court construes Plaintiff's motion as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A). Because Defendant has neither answered nor served a motion for summary judgment, this action is HEREBY DISMISSED without prejudice in its entirety. As for Plaintiff's request regarding

MINUTE ORDER - 1

information that may be filed under seal (Dkt. No. 13 at 1), the Court is unaware of any documents having been filed under seal and it will take no further action in this matter.

Dated this 8th day of September 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2